UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN S. SECREST, | ) | CASE NO. CV 14-3948-RGK (PJW) |
| Petitioner, | ) ) ) | [~~PROPOSED~~] ORDER DISMISSING |
| v. | ) ) ) | SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE |
| SHERMAN, | ) ) | OF APPEALABILITY |
| Respondent. | ) ) | |

Before the Court is a Petition for Writ of Habeas Corpus in which Petitioner seeks to challenge a February 2002 sentence, following his conviction in Los Angeles County Superior Court for first degree robbery, possession of a gun, and evasion of police. (Petition at 2.) This is the third time that Petitioner has attempted to challenge his sentence in this court. In 2009, he filed a habeas petition, which was dismissed because it was untimely. *See Secrest v. Kramer*, CV 09-2291-RGK (JWJ), July 8, 2009 Order Accepting Report and Recommendation of United States Magistrate Judge. Petitioner then attempted to appeal the Court's ruling, but his application for a certificate of appealability was denied. *See Secrest v. Kramer*, No. 09-56300, February 28, 2011 Order. In June 2012, Petitioner filed a second habeas petition challenging the 2002 sentence, which the Court

dismissed as second or successive. *See Secrest v. Brazelton*, CV 12-4901-RGK (PJW), June 18, 2012 Order. He now seeks to challenge that sentence for a third time.

A petition that is dismissed for untimeliness "presents a 'permanent and incurable' bar to federal review of the underlying claims" and renders a subsequent petition second or successive. *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009). Absent an order from the Ninth Circuit, Petitioner may not bring a habeas petition challenging that sentence in this court. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart,* 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court). For this reason, the Petition is dismissed.

Further, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its ruling, Petitioner is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: May 29, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesD30550\Ord_dismiss_successive pet.wpd