UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN S. SECREST,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SHERMAN,<br><br>　　　　　Respondent. | CASE NO. CV 14-3948-RGK (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED: May 29, 2014

　　　　　　　　　　　　　　　　_/s/ Gary Klausner_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd